UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M., *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:24-cv-4041-AT |
| : | |
| RADHESHVAR, LLC : | |
| *doing business as* | |
| Super 8, : | |
| : | |
| Defendant. : | |

# **ORDER**

In the interest of justice, including efficient case management, and with the consent of the assigned district court judges, this case is transferred from U.S. District Court Judge Amy Totenberg to U.S. District Court Judge Thomas W. Thrash, Jr. pursuant to Internal Operating Procedure 905-2(f).

**IT IS SO ORDERED** this 18th day of September 2024.

_____
TIMOTHY C. BATTEN, SR.
Chief United States District Judge