AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Radheshvar, LLC**
was received by me on *(date)* **9.17.24**.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Rupa Patel**, who is designated by law to accept service of process on behalf of *(name of organization)* **Radheshvar, LLC** on *(date)* **9.18.24** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9.19.24**

*Server's signature*

**Cathy W. Crawford, P.I.**
*Printed name and title*

**Crawford Shaney & Rasco, Inc.**
**P.O. Box 1616**
**Watkinsville, GA 30677**
*Server's address*

Additional information regarding attempted service, etc:
**Registered Agent / Corp. office no longer occupied**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

H.M. & I.B.,

    Plaintiffs,

Vs.

CASE NO: 1:24-cv-04041-AT

RADHESHVAR, LLC, d/b/a
SUPER 8,

    Defendant.

## ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT

Service of Summons, Complaint, Civil Cover Sheet, Certificate of Interested Persons & Corporate Disclosure Statement, and Plaintiff's Motion For Protective Order and Leave to Proceed Anonymously with Proposed Order is hereby acknowledged and accepted on behalf of Defendant Radheshvar, LLC by _Registered Agent, Rupa Y Patel_ ~~with express permission from Rupa Patel, Registered Agent for defendant.~~ /RYP/

This 18th day of September, 2024.

_Rupa Y Patel_
PRINTED NAME

X _Rupa Patel_
SIGNATURE

Server:

_[signature]_
CATHY W. CRAWFORD
CRAWFORD, SHANEY & RASCO, INC.
P O BOX 1616, WATKINSVILLE, GA 30677
706-614-9652