IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M., et al., | |
| Plaintiffs, | |
| v. | CIVIL ACTION FILE NO. 1:24-CV-4041-TWT |
| RADHESHVAR, LLC, d/b/a Super 8, | |
| Defendant. | |

### ORDER

This is a sex trafficking action. It is before the Court on the Defendant's Motion to Strike [Doc. 8]. Motions to Strike are disfavored because they generally are a waste of everybody's time which is the case here. The Defendant's Motion to Strike [Doc. 8] is DENIED.

SO ORDERED, this   11th   day of December, 2024.

THOMAS W. THRASH, JR.
United States District Judge