UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B.,<br><br>    Plaintiffs,<br><br>v.<br><br>RADHESHVAR, LLC, d/b/a SUPER 8,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-4041-TWT |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to Rule 5.4 of the Local Civil Rules, the undersigned does hereby certify that on December 19, 2024, I served true and correct copies of the following:

1. **Defendant Radheshvar, LLC's d/b/a Super 8's First Set of Continuing Interrogatories to Plaintiff H.M.;**

2. **Defendant Radheshvar, LLC's d/b/a Super 8's First Request for Production of Documents to Plaintiff H.M.;**

3. **Defendant Radheshvar, LLC's d/b/a Super 8's First Set of Continuing Interrogatories to Plaintiff I.B.; and**

4. **Defendant Radheshvar, LLC's d/b/a Super 8's First Request for Production of Documents to Plaintiff I.B.**

amongst all parties via electronic transmission and electronically file this Certificate of Service of Discovery with the Clerk of the Court using the CM/ECF which will send notification to all counsel of record.

This 19th day of December, 2024.

            **SWIFT, CURRIE, McGHEE & HIERS**

         By: */s/ Kori E. Wagner*
            Kori E. Wagner
            Georgia Bar No. 155438
            Marissa H. Merrill
            Georgia Bar No. 216039
            Tracy A. Gilmore
            Georgia Bar No. 633193
            *Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
Tel:  404.888.6191
Fax:  404.888.6199
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document was prepared in Times New Roman font, 14 points, and complies with Local Rule 5.1(C) of the Northern District of Georgia.

This 19th day of December, 2024.

                                             **SWIFT, CURRIE, McGHEE & HIERS**

By:   */s/ Kori E. Wagner*
        Kori E. Wagner
        Georgia Bar No. 155438
        Marissa H. Merrill
        Georgia Bar No. 216039
        Tracy A. Gilmore
        Georgia Bar No. 633193
        *Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
Tel:  404.888.6191
Fax:  404.888.6199
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4901-6364-5960, v. 1