UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., <br><br> Plaintiffs, <br><br> v. <br><br> RADHESHVAR, LLC, d/b/a SUPER 8, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-4041-TRJ |

## CERTIFICATE OF SERVICE

This is to certify that on January 17, 2025, Plaintiffs served a copy of Plaintiff H.M.'s Responses and Objections to Defendant Radheshvar, LLC, d/b/a Super 8's First Set of Continuing Interrogatories, Plaintiff I.B.'s Responses and Objections to Defendant Radheshvar, LLC, d/b/a Super 8's First Set of Continuing Interrogatories, Plaintiff H.M.'s Objections and Responses to Defendant Radheshvar, LLC, d/b/a Super 8's First Request for Production of Documents, Plaintiff I.B.'s Objections and Responses to Defendant Radheshvar, LLC, d/b/a Super 8's First Request for Production of Documents, and Plaintiffs' document production, bates labeled HM and IB Super 8 000001–440 via electronic service upon counsel of record.

Respectfully submitted on January 24, 2025.

                                ANDERSEN, TATE & CARR, P.C.

                                */s/ Rory A. Weeks*
                                PATRICK J. MCDONOUGH
                                Georgia Bar No. 489855
                                pmcdonough@atclawfirm.com
                                JONATHAN S. TONGE
                                Georgia Bar No. 303999
                                jtonge@atclawfirm.com
                                RORY A. WEEKS
                                Georgia Bar No. 113491
                                rweeks@atclawfirm.com
                                JENNIFER M. WEBSTER
                                Georgia Bar No. 760381
                                jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                      ANDERSEN, TATE & CARR, P.C.

                                      */s/ Rory A. Weeks*
                                      PATRICK J. MCDONOUGH
                                      Georgia Bar No. 489855
                                      pmcdonough@atclawfirm.com
                                      JONATHAN S. TONGE
                                      Georgia Bar No. 303999
                                      jtonge@atclawfirm.com
                                      RORY A. WEEKS
                                      Georgia Bar No. 113491
                                      rweeks@atclawfirm.com
                                      JENNIFER M. WEBSTER
                                      Georgia Bar No. 760381
                                      jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile