UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., <br><br> Plaintiffs, <br><br> v. <br><br> RADHESHVAR, LLC, d/b/a SUPER 8, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-4041-TRJ |

## MOTION TO REASSIGN RELATED CASES

Plaintiffs were sex trafficked in 2014. Two places where they were sold for sex are hotels owned by Defendant Radheshvar, LLC: a Motel 6 and Super 8. Defendant's hotels share a parking lot but are nominally separate places. So Plaintiffs sued Defendant twice: once for each hotel. Plaintiffs marked the cases as related. And shortly after their filing, these related cases were assigned to the same judge: Judge Thomas W. Thrash Jr. *See* Order, *H.M. & I.B. v. Radheshvar, LLC d/b/a Super 8*, No. 1:24-cv-4041 (Sept. 18, 2024).

Earlier this month, Judge Tiffany R. Johnson was sworn in as the newest member of the Court. (Congratulations to Judge Johnson!) As part of the case reshuffling that follows any judicial change, one of Plaintiffs' cases against Defendant (No. 1:24-cv-4041) was reassigned to Judge Johnson. The other (No. 1:24-cv-4039) remains before Judge Thrash. Of course, the cases are as factually related as ever.

Plaintiffs ask that these cases (No. 1:24-cv-4039 & 1:24-cv-4041) be assigned to the same judge. Plaintiffs, of course, have no preference about which judge is assigned. Plaintiffs have filed this motion in both Courts.

Plaintiffs contacted Defendant to find out if there was any opposition to this motion last week but never heard back.

Respectfully submitted on January 31, 2025.

                                        ANDERSEN, TATE & CARR, P.C.

                                        */s/ Rory A. Weeks*
                                        PATRICK J. MCDONOUGH
                                        Georgia Bar No. 489855
                                        pmcdonough@atclawfirm.com
                                        JONATHAN S. TONGE
                                        Georgia Bar No. 303999
                                        jtonge@atclawfirm.com
                                        RORY A. WEEKS
                                        Georgia Bar No. 113491
                                        rweeks@atclawfirm.com
                                        JENNIFER M. WEBSTER
                                        Georgia Bar No. 760381
                                        jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                            ANDERSEN, TATE & CARR, P.C.

                                            */s/ Rory A. Weeks*
                                            PATRICK J. MCDONOUGH
                                            Georgia Bar No. 489855
                                            pmcdonough@atclawfirm.com
                                            JONATHAN S. TONGE
                                            Georgia Bar No. 303999
                                            jtonge@atclawfirm.com
                                            RORY A. WEEKS
                                            Georgia Bar No. 113491
                                            rweeks@atclawfirm.com
                                            JENNIFER M. WEBSTER
                                            Georgia Bar No. 760381
                                            jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile