IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RADHESHVAR, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:24-cv-04041-TRJ |

### ORDER

The Motion to Reassign Case (Doc. 25) is **GRANTED**. The Clerk is directed to transfer this action to Judge Thomas W. Thrash, Jr. because it is related to Civil Action No. 1:24-cv-4039-TWT. Further, the Clerk is directed to assign Judge Tiffany R. Johnson the next case assignment in the rotation for Judge Thrash.

SO ORDERED, this 3rd day of February, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge