UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., <br><br> Plaintiffs, <br><br> v. <br><br> RADHESHVAR, LLC, d/b/a SUPER 8, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-4041-TWT |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February, 2025, a true and correct copy of Plaintiffs' Second Continuing Interrogatories to Defendant Radheshvar, LLC, d/b/a Super 8 and Plaintiffs' Second Continuing Requests for Production to Defendant Radheshvar, LLC d/b/a Super 8, was served via electronic service upon counsel of record.

Respectfully submitted on February 3, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491

 rweeks@atclawfirm.com
 JENNIFER M. WEBSTER
 Georgia Bar No. 760381
 jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                          ANDERSEN, TATE & CARR, P.C.

                          */s/ Jennifer M. Webster*
                          PATRICK J. MCDONOUGH
                          Georgia Bar No. 489855
                          pmcdonough@atclawfirm.com
                          JONATHAN S. TONGE
                          Georgia Bar No. 303999
                          jtonge@atclawfirm.com
                          RORY A. WEEKS
                          Georgia Bar No. 113491
                          rweeks@atclawfirm.com
                          JENNIFER M. WEBSTER
                          Georgia Bar No. 760381
                          jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile