# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:24-cv-04041-TWT |
| ) | |
| RADHESHVAR, LLC, d/b/a ) | |
| SUPER 8, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT RADHESHVAR, LLC'S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant Radheshvar, LLC d/b/a Super 8, by and through the undersigned counsel, and pursuant to Northern District of Georgia Local Rule 3.3, submits this Amended Certificate of Interested Persons and Corporate Disclosure Statement by showing the Court as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Radheshvar, LLC, which does not have a controlling entity and is not a publicly held corporation;

- H.M, Plaintiff; and

- I.B., Plaintiff.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Radheshvar, LLC identifies its current shareholders: Subhash Patel, Govind Patel, Bipin Patel, Natvar Patel, Mina Patel, and First Generation Gopal Hotel, LLC, and S & K Summit Gopal Hotel, LLC. In 2014, Govind Patel, Bipin Patel, Natvar Patel, Mina Patel, Bhanu Patel, Rupa Patel, and Vinodkumar M Patel were shareholders in Radheshvar, LLC.

Radheshvar, LLC also identifies Plaintiffs' counsel firm, Andersen, Tate & Carr and counsel Patrick J. McDonough, Jonathan S. Tonge, Rory A. Weeks and Jennifer Webster.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    Plaintiffs:   Patrick J. McDonough
                  Jonathan S. Tonge
                  Rory A. Weeks
                  Jennifer Webster
                  One Sugarloaf Centre
                  1960 Satellite Boulevard, Suite 4000

                Duluth, Georgia 30097
                Tel: 770.822.0900

Defendant:  Kori E. Wagner
                Marissa H. Merrill
                Tracy A. Gilmore
                1420 Peachtree Street, NE, Suite 800
                Atlanta, Georgia 30309
                Tel: 404.874.8800

This 28th day of February, 2025.

                              SWIFT, CURRIE, McGHEE & HIERS

                          By:  */s/ Marissa H. Merrill*
                                KORI E. WAGNER
                                Georgia Bar No.: 155438
                                MARISSA H. MERRILL
                                Georgia Bar No. 216039
                                TRACY A. GILMORE
                                Georgia Bar No. 633193
                                *Attorneys for Defendant Radheshvar, LLC*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## **CERTIFICATE OF COMPLIANCE**

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

          SWIFT, CURRIE, McGHEE & HIERS

By: ***/s/ Marissa H. Merrill***
     KORI E. WAGNER
     Georgia Bar No.: 155438
     MARISSA H. MERRILL
     Georgia Bar No. 216039
     TRACY A. GILMORE
     Georgia Bar No. 633193
     *Attorneys for Defendant Radheshvar, LLC*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

This are to certify that on the 28th day of February, 2025, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing ***Defendant Radheshvar, LLC's Amended Certificate Of Interested Persons And Corporate Disclosure Statement*** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

        SWIFT, CURRIE, McGHEE & HIERS

By:   */s/ Marissa H. Merrill*
      KORI E. WAGNER
      Georgia Bar No.: 155438
      MARISSA H. MERRILL
      Georgia Bar No. 216039
      TRACY A. GILMORE
      Georgia Bar No. 633193
      *Attorneys for Defendant Radheshvar, LLC*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4931-4311-3505, v. 1