# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., <br><br> Plaintiffs, <br><br> v. <br><br> RADHESHVAR, LLC, d/b/a SUPER 8, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-4041-TWT |

## NOTICE OF VIDEOTAPED DEPOSITION

**TO:** **Plaintiff I.B.**
C/o Patrick J. McDonough, Esq.
Andersen Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

YOU ARE HEREBY NOTIFIED, pursuant to Federal Rule of Civil Procedure 30, counsel for Defendant will proceed to take a videotaped deposition upon oral examination of **Plaintiff I.B.** on **Thursday, August 28, 2025** commencing at **10:00 a.m.** The deposition will take place at the offices of **Andersen Tate & Carr, P.C., One Sugarloaf Centre, 1960 Satellite Boulevard, Suite 4000, Duluth, Georgia 30097,** before an officer duly authorized by law to administer oaths. This deposition will be taken for the purposes of discovery, cross-examination, preservation of evidence, use at trial, and all other purposes

1

allowed by law. The deposition will be taken by stenographic means before a certified court reporter and will also be videotaped and it will continue from day to day until examination is complete.

This 25th day of August, 2025.

SWIFT, CURRIE, MCGHEE & HIERS, LLP

By: ***/s/Tracy A. Gilmore***
KORI E. WAGNER
Georgia State Bar No. 155438
MARISSA H. MERRILL
Georgia State Bar No. 216039
TRACY A. GILMORE
Georgia State Bar No. 633193
*Attorneys for Defendant*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309
(404) 874-8800
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
Tracy.gilmore@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF VIDEOTAPED DEPOSITION (PLAINTIFF I.B.)** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record.

This 25th day of August, 2025.

<div style="text-align:right">

SWIFT, CURRIE, McGHEE & HIERS

By:  */s/ Tracy A. Gilmore*
KORI E. WAGNER
Georgia State Bar No. 155438
MARISSA H. MERRILL
Georgia State Bar No. 216039
TRACY A. GILMORE
Georgia State Bar No. 633193
*Attorneys for Defendant*

</div>

1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Tel: 404.874-8800
Fax: 404.888.6199
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
Tracy.gilmore@swiftcurrie.com

## **LOCAL RULE 5.1C CERTIFICATION**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

Respectfully submitted this 25th day of August, 2025.

                                        **SWIFT, CURRIE, McGHEE & HIERS**

                    By:    ***/s/ Tracy A. Gilmore***
                                    KORI E. WAGNER
                                    Georgia State Bar No. 155438
                                    MARISSA H. MERRILL
                                    Georgia State Bar No. 216039
                                    TRACY A. GILMORE
                                    Georgia State Bar No. 633193
                                    *Attorneys for Defendant*

1420 Peachtree Street, N.E., Suite 800
Atlanta, GA  30309
Tel:  404.888.6162
Fax:  404.888.6199
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
Tracy.gilmore@swiftcurrie.com

4915-0283-6066, v. 1