UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., <br><br> Plaintiffs, <br><br> v. <br><br> RADHESHVAR, LLC, d/b/a SUPER 8, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-4041-TWT |

## CERTIFICATE OF SERVICE

This is to certify that on August 26, 2025, Plaintiffs served a copy of Plaintiff I.B.'s Supplemental Objections and Responses to Defendant Radheshvar, LLC, d/b/a Super 8's Request for Production of Documents, Plaintiff H.M.'s Supplemental Objections and Responses to Defendant Radheshvar, LLC d/b/a Super 8's Request for Production of Documents, and Plaintiffs' supplemental document production bates labeled H.M. and I.B. Super 8 000440–001581 upon all counsel of record via electronic mail.

Respectfully submitted on August 26, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855

        pmcdonough@atclawfirm.com
        JONATHAN S. TONGE
        Georgia Bar No. 303999
        jtonge@atclawfirm.com
        RORY A. WEEKS
        Georgia Bar No. 113491
        rweeks@atclawfirm.com
        JENNIFER M. WEBSTER
        Georgia Bar No. 760381
        jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                           ANDERSEN, TATE & CARR, P.C.

                                           */s/ Jennifer M. Webster*
                                           PATRICK J. MCDONOUGH
                                           Georgia Bar No. 489855
                                           pmcdonough@atclawfirm.com
                                           JONATHAN S. TONGE
                                           Georgia Bar No. 303999
                                           jtonge@atclawfirm.com
                                           RORY A. WEEKS
                                           Georgia Bar No. 113491
                                           rweeks@atclawfirm.com
                                           JENNIFER M. WEBSTER
                                           Georgia Bar No. 760381
                                           jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile