# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B.,<br><br>   Plaintiffs,<br><br>v.<br><br>RADHESHVAR, LLC, d/b/a SUPER 8,<br><br>   Defendant. | CASE NO: 1:24-cv-4041-TWT |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW Defendant, Radhesavar, LLC d/b/a Super 8, by and through undersigned counsel, and pursuant to Local Rule 5.4, certifies that **DEFENDANT RADHESHVAR, LLC, d/b/a SUPER 8 NOTICES OF VIDEOTAPED DEPOSITION (Plaintiff H.M.)** was served via Statutory Electronic Service, addressed to the following:

Patrick J. McDonough, Esq.
Rory Weeks, Esq.
Andersen Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
rweeks@atclawfirm.com
*Attorney for Plaintiffs*

Respectfully submitted this 9th day of September, 2025.

                          **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                          */s/Tracy A. Gilmore*
                          KORI E. WAGNER
                          Georgia State Bar No. 155438
                          MARISSA H. MERRILL
                          Georgia State Bar No. 216039
                          TRACY A. GILMORE
                          Georgia State Bar No. 633193
                          *Attorneys for Defendant*

1420 Peachtree Street, N.E., Suite 800
Atlanta, GA  30309
Tel:   404.888.6162
Fax:  470.600.5990
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
Tracy.gilmore@swiftcurrie.com

4930-1106-5703, v. 1