UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B., <br><br> Plaintiffs, <br><br> v. <br><br> RADHESHVAR, LLC, d/b/a SUPER 8, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-4041-TWT |

**ORDER ON CONSENT MOTION
TO EXTEND DISCOVERY**

HAVING REVIEWED the Parties' Consent Motion to Extend Discovery, the Court finds good cause to extend the discovery deadline through January 8, 2026.

SO ORDERED this __3rd__ day of __October__, 2025.

_____
Thomas W. Thrash, Jr.
United States District Judge