UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| H.M. & I.B.,<br><br>    Plaintiffs,<br><br>v.<br><br>RADHESHVAR, LLC, d/b/a<br>SUPER 8,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-4041-TWT |

## STIPULATION OF DISMISSAL

The parties have reached an agreement to resolve all claims in this matter. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims with prejudice.

Respectfully submitted on December 3, 2025.

                    ANDERSEN, TATE & CARR, P.C.

                    */s/ Rory A. Weeks*
                    PATRICK J. MCDONOUGH
                    Georgia Bar No. 489855
                    pmcdonough@atclawfirm.com
                    JONATHAN S. TONGE
                    Georgia Bar No. 303999
                    jtonge@atclawfirm.com
                    RORY A. WEEKS
                    Georgia Bar No. 113491
                    rweeks@atclawfirm.com
                    JENNIFER M. WEBSTER
                    Georgia Bar No. 760381
                    jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

SWIFT, CURRIE, McGHEE & HIERS

/s/ Kori E. Wagner
KORI E. WAGNER
Georgia Bar No. 155438
Kori.wagner@swiftcurrie.com
MARISSA H. MERRILL
Georgia Bar No. 216039
Marissa.merrill@swiftcurrie.com
TRACY A. GILMORE
Georgia Bar No. 633193
Tracy.gilmore@swiftcurrie.com

1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4347
(404) 874-8800

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile